IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DigaComm, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>Vehicle Safety and Compliance, LLC, )<br>Pittco Capital Partners, LP, Pittco Capital )<br>Partners II, LP, J.R. "Pitt" Hyde, III, and )<br>Andrew Seamons, )<br>)<br>Defendants. ) | Case No. _____<br><br>Case No. 08-338 (N.D. Ill.) |

**MOTION FOR A PROTECTIVE ORDER TO QUASH THE
SUBPOENAS OF MORGAN KEEGAN EMPLOYEE INVESTMENT
FUND, LP AND MORGAN KEEGAN EARLY STAGE FUND, LP**

Morgan Keegan Employee Investment Fund, LP and Morgan Keegan Early Stage Fund, LP (collectively, "Morgan Keegan") respectfully move the Court for a protective order and to quash subpoenas directed to them. In support of this motion, Morgan Keegan submits the attached memorandum and requests a date and time for a hearing on this Motion.

SMITH, KATZENSTEIN & FURLOW LLP

_____
Robert K. Beste, III (No. 3931)
Post Office Box 410
Wilmington, Delaware 19899
(302) 652-8400
(302) 652-8405 (facsimile)
rkb@skfdelaware.com

April 9, 2008

*Attorneys for Morgan Keegan Employee Investment Fund, LP and Morgan Keegan Early Stage Fund, LP*