IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In Re: DIGACOMM, LLC,          ) Misc. No. 08-78-SLR

## O R D E R

At Wilmington this 29th day of April, 2008, having been informed that consideration of the above captioned matter should be "delayed" until the stay imposed in the underlying litigation[1] has been lifted or otherwise terminated (D.I. 4);

IT IS ORDERED that the pending motion to quash (D.I. 1) is denied without prejudice to renew under this caption at such time as the stay imposed in the underlying litigation has been lifted or otherwise terminated.  **Note, however, that failure to renew the motion within one year of the date of this order shall result in closure of the case.**

_____
United States District Judge

---

[1] DigaComm v. Vehicle Safety, Civ. No. 08-338-GWL (N. D. Ill.) (D.I. 64).